**Pro Se Electronic Filing**

Name:

Carmen Santucci

Email Address:

carmensantuccisr@gmail.com

Phone Number

610-203-0248

Are you filing a new case?

Yes, I'm filing a new case.

Case Caption

Carmen Santucci vs Borough of Upland et al

Case Number

NEW CASE

Description of Document(s)

Complaint - Check for $405 was sent over night and is either there now or will be arriving there today.

Terms of Submission

Yes

Do you have a mailing address?

Yes

Mailing Address Line 1

515 West 24th Street

City:

Upland

State:

Pennsylvania

Zip Code:

19013

Show empty values