## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | |
|---|---|
| Joshua Monighan | : |
| *Appellant,* | : |
| vs. | : |
| | : Docket No. 636 CD 2025 |
| Cumberland County Adult Probation | : |
| *Appellees.* | : |

### Entry of Appearance

**TO THE CLERK OF THE SAID COURT:**

Kindly enter my appearance on behalf of Appellees, Cumberland County Adult Probation, in the above-referenced matter.

Respectfully submitted,

*s/ Matthew Rossi*
Matthew Rossi
Attorney I.D. Pa. 330955
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
(215) 560-6326/Fax: (215) 560-5486
E-mail: legaldepartment@pacourts.us

## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | |
|---|---|
| Joshua Monighan | : |
| | : |
| *Appellant,* | : |
| | : |
| vs. | : |
| | : Docket No. 636 CD 2025 |
| | : |
| Cumberland County Adult Probation | : |
| | : |
| *Appellees.* | : |

### Certificate of Service

The undersigned counsel hereby certifies that on September 16, 2025, he personally caused to be served upon the following a true and correct copy of the foregoing *Entry of Appearance*, by mailing same first class, postage pre-paid, U.S. mail to:

Joshua Monighan
204 Silver Springs Road
Mechanicsburg, Pa  17050

> *s/ Matthew Rossi*
> Matthew Rossi
> Attorney I.D. Pa. 330955
> Supreme Court of Pennsylvania
> Administrative Office of PA Courts
> 1515 Market Street, Suite 1414
> Philadelphia, PA 19102
> (215) 560-6326/Fax: (215) 560-5486
> E-mail: legaldepartment@pacourts.us
> **Attorney for Appellee, Cumberland County Adult Probation**