IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Carmen Santucci | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 25-05172 |
| | : | |
| | : | |
| Borough of Upland, et al. | : | |
| | : | |
| *Defendants* | : | |

## Entry of Appearance

**To the Clerk of Said Court:**

Kindly enter my appearance to be noticed on behalf of Defendants, Andrew Goldberg and Georgia Stone, in the above-captioned case.

                                        Respectfully submitted,

                                        *s/ Matthew Rossi*
                                        Matthew Rossi
                                        Attorney I.D. Pa. 330955
                                        Supreme Court of Pennsylvania
                                        Administrative Office of PA Courts
                                        1515 Market Street, Suite 1414
                                        Philadelphia, PA 19102
                                        (215) 560-6326/Fax: (215) 560-5486
                                        E-mail: legaldepartment@pacourts.us

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Carmen Santucci | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 25-05172 |
| | : | |
| | : | |
| Borough of Upland, et al. | : | |
| | : | |
| *Defendants* | : | |

## Certificate of Service

The undersigned counsel hereby certifies that on September 17, 2025, he personally caused to be served upon the following copy of the foregoing *Entry of Appearance,* via CM/ECF to:

**CARMEN SANTUCCI**
515 WEST 24TH STREET
UPLAND, PA 19013
Email: carmensantuccisr@gmail.com
PRO SE

        *s/ Matthew Rossi*
        Matthew Rossi
        Attorney I.D. Pa. 330955
        Supreme Court of Pennsylvania
        Administrative Office of PA Courts
        1515 Market Street, Suite 1414
        Philadelphia, PA 19102
        (215) 560-6326/Fax: (215) 560-5486
        E-mail: legaldepartment@pacourts.us
        ***Attorney for Defendants, Andrew Goldberg and Georgia Stone***