## CERTIFICATE OF SERVICE

I, Suzanne McDonough, Esquire, counsel for Defendants, Borough of Upland and Richard Slifer state that a true and correct copy of the within Entry of Appearance was served upon the following individual via first class mail postage pre-paid and e-mail, this 19th day of September, 2025.

CARMEN SANTUCCI
515 WEST 24TH STREET
UPLAND, PA 19013
Email: carmensantuccisr@gmail.com
PRO SE

MATTHEW ROSSI, ESQ..
Administrative Office of Pennsylvania Courts
Legal
1515 Market Street
Suite 1414
Philadelphia, PA 19102
Email: legaldeptfedecf@pacourts.us
Attorney for Magistrates Stone and Goldberg


HOLSTEN ASSOCIATES, P.C.

*Suzanne McDonough*
**SUZANNE McDONOUGH, ESQUIRE**
**Attorney ID No. 29394**
**115 N. Jackson Street**
**Media, PA  19063**
**(610) 566-7183**
**smcdonough@holstenassoc.com**
**Attorney for Defendants, Borough of Upland and Richard Slifer**

2