**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CARMEN SANTUCCI** | : | |
| | : | |
| **Plaintiff,** | : | Civil Action Law |
| | : | |
| v. | : | No. 25-cv-05172 |
| | : | |
| **BOROUGH OF UPLAND ET AL** | : | JURY TRIAL DEMANDED |
| **Defendants.** | : | |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THE DISTRICT COURT:**

Kindly enter my appearance as counsel for Defendants, Borough of Upland and Richard Slifer only in the above-captioned matter. Defendants hereby demand a trial by jury.

                                        Respectfully Submitted,
                                        **HOLSTEN ASSOCIATES, P.C.**

                                        *Suzanne McDonough*
**BY:**    _____
                                        **SUZANNE McDONOUGH, ESQUIRE**
                                        **Attorney ID No. 29394**
                                        **115 N. Jackson Street**
                                        **Media, PA  19063**
                                        **(610) 566-7183**
                                        **smcdonough@holstenassoc.com**
                                        **Attorney for Defendants, Borough of Upland and Richard Slifer**

## **CERTIFICATE OF SERVICE**

I, Suzanne McDonough, Esquire, counsel for Defendants, Borough of Upland and Richard Slifer state that a true and correct copy of the within Entry of Appearance was served upon the following individual via first class mail postage pre-paid and e-mail, this 19th day of September, 2025.

CARMEN SANTUCCI
515 WEST 24TH STREET
UPLAND, PA 19013
Email: carmensantuccisr@gmail.com
PRO SE

MATTHEW ROSSI, ESQ..
Administrative Office of Pennsylvania Courts
Legal
1515 Market Street
Suite 1414
Philadelphia, PA 19102
Email: legaldeptfedecf@pacourts.us
Attorney for Magistrates Stone and Goldberg

HOLSTEN ASSOCIATES, P.C.

*Suzanne McDonough*
**SUZANNE McDONOUGH, ESQUIRE**
**Attorney ID No. 29394**
**115 N. Jackson Street**
**Media, PA  19063**
**(610) 566-7183**
**smcdonough@holstenassoc.com**
**Attorney for Defendants, Borough of Upland and Richard Slifer**