[Clerks Office Only]

**Name:**

**Carmen Santucci**

**Email Address:**

carmensantuccisr@gmail.com

**Phone Number**

610-203-0248

**Are you filing a new case?**

No, I'm not filing a new case.

**Case Caption**

**SANTUCCI v. BOROUGH OF UPLAND et al.**

**Case Number**

**2:25-cv-05172-GJP**

**Description of Document(s)**

1) Motion To Disqualify Counsel For Slifer, 2) Proposed Order

**Terms of Submission**

Yes

**Do you have a mailing address?**

Yes

**Select 'Yes' if you do not have a mailing address.**

**Mailing Address Line 1**

**515 West 24th Street**

**Mailing Address Line 2**

**City:**

**Upland**

**State:**

**Pennsylvania**

**Zip Code:**

19013

**Other**

Hide empty values