IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARMEN SANTUCCI. | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| v. | : | CASE NO: 2:25-CV-05172-GJP |
| BOROUGH OF UPLAND ET AL. | : | |
| Defendant | : | |

### ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendant, Walter Omlor, in the above referenced matter.

        Respectfully submitted,

        **MARGOLIS EDELSTEIN**

        */s/ Christopher Gilligan*
        Christopher J. Gilligan, Esq.
        Pa. Bar No. 316936
        Margolis Edelstein
        170 S. Independence Mall W., Suite 400E
        Philadelphia, PA 19106-3337
        Telephone: (215) 931-5810
        Email: cgilligan@margolisedelstein.com
        *Attorney for Defendant*

Dated: September 25, 2025

## CERTIFICATE OF SERVICE

I, Christopher Gilligan, Esquire, hereby certify that on the date shown below a true and correct copy of the foregoing Notice of Appearance, and this Certificate of Service was served via electronic filing on September 25, 2025.

                         **MARGOLIS EDELSTEIN**

*/s/ Christopher Gilligan*
Christopher J. Gilligan, Esq.
Pa. Bar No. 316936
Margolis Edelstein
170 S. Independence Mall W., Suite 400E
Philadelphia, PA 19106-3337
Telephone: (215) 931-5810
Email: cgilligan@margolisedelstein.com
*Attorney for Defendant*

Dated: September 25, 2025