IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN SANTUCCI,<br>　　　　Plaintiff,<br><br>　　v.<br><br>BOROUGH OF UPLAND, RICHARD SLIFER et al | :<br>:<br>: No. 25-CV-05172<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the Motion to Dismiss Plaintiff's Complaint by the Borough of Upland, and any response thereto, it is hereby **ORDERED and DECREED** that all claims against the above-named Defendants are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Gerald J. Pappert, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN SANTUCCI,<br>   Plaintiff,<br><br>  v.<br><br>BOROUGH OF UPLAND, RICHARD SLIFER et al | :<br>:<br>: No. 25-CV-05172<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED |

## MOTION OF DEFENDANTS, BOROUGH OF UPLAND AND RICHARD SLIFER TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12 (b)(6)

  Defendants, Borough of Upland and Richard Slifer, hereby move this Honorable Court pursuant to F.R.C.P. 12(b)(6) to dismiss the above action with prejudice.

  For the reasons that follow in the Memorandum of Law, attached hereto and incorporated herein by reference, the Moving Defendants respectfully request that the Motion to Dismiss be granted under 12(b)(6) and the proposed Order entered or such alternative relief be granted as the Court deems appropriate.

  **WHEREFORE,** the Moving Defendants, Borough of Upland and Richard Slifer, respectfully request that this Honorable Court enter the proposed Order.

            Respectfully submitted,

            **HOLSTEN ASSOCIATES, P.C.**

      BY: **/s/Suzanne McDonough**
         **SUZANNE MCDONOUGH, ESQUIRE**
         Attorney ID No. 29394
         One Olive Street
         Media, PA 19063
         **Attorney for Borough of Upland and Richard Slifer**

**DATE: September 29, 2025**