| | |
|---|---|
| **MARGOLIS EDELSTEIN**<br>Michael R. Miller, Esq.<br>Attorney No. 306904<br>E: mmiller@margolisedelstein.com<br>Curtis Center \| Suite 400E<br>170 S. Independence Mall W.<br>Philadelphia, PA 19106<br>P: (215) 922-1100<br>F: (215) 922-1772 | *Attorneys for Defendant,*<br>*Walter Omlor* |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN SANTUCCI<br><br>         *Plaintiff*,<br><br>vs.<br><br>BOROUGH OF UPLAND, a municipal corporation; RICHARD SLIFER, in his individual capacity; GEOGIA L. STONE, in her individual capacity; ANDREW GOLDBERG, in his individual capacity; WALTER OMLOR, in his individual capacity,<br><br>         *Defendants*. | **Civil Action**<br><br>**Case No.: 2:25-cv-05172-GJP**<br><br><br>**MOTION TO DISMISS** |

### DEFENDANT WALTER OMLOR'S
### MOTION TO DISMISS

Defendant, Walter Omlor, by and through his undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move this Honorable Court for an Order providing the following relief:

1. Dismissing Plaintiff's Complaint in its entirety as to Defendant Walter Omlor for failure to state a claim upon which relief can be granted.

In support of his motion, Defendant Walter Omlor incorporates by reference its accompanying Memorandum of Law in Support of Defendant Walter Omlor's Motion to Dismiss Plaintiff's Complaint.

                                        **MARGOLIS EDELSTEIN**

                                        */s/ Michael M. Miller, Esq.*
                                        MICHAEL RONALD MILLER, ESQ.
                                        CHRISTOPHER J. GILLIGAN, ESQ.
                                        The Curtis Center, Suite 400E
                                        170 S. Independence Mall W.
                                        Philadelphia, PA 19106-3337
                                        Tel.:   215.922.1100

Dated: October 1, 2025                    *Attorneys for Defendant Walter Omlor*