IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN SANTUCCI<br><br>         *Plaintiff*,<br><br>vs.<br><br>BOROUGH OF UPLAND, a municipal corporation; RICHARD SLIFER, in his individual capacity; GEOGIA L. STONE, in her individual capacity; ANDREW GOLDBERG, in his individual capacity; WALTER OMLOR, in his individual capacity,<br><br>         *Defendants*. | **Civil Action**<br><br>**Case No.: 2:25-cv-05172-GJP**<br><br>**ORDER** |

## ORDER

  **AND NOW**, this _____ day of _____ 2025, upon consideration of Defendant Walter Omlor's Motion to Dismiss Plaintiff's Complaint as to all claims against Defendant Walter Omlor, pursuant to the Federal Rule of Civil Procedure 12(b)(6), and any response thereto, **IT IS HEREBY ORDERED** and **DECREED** that said motion is **GRANTED** and Plaintiff's Complaint is dismissed with prejudice.

                        _____

                                    J.