IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN SANTUCCI<br><br>                                *Plaintiff*,<br><br>vs.<br><br>BOROUGH OF UPLAND, a municipal corporation; RICHARD SLIFER, in his individual capacity; GEOGIA L. STONE, in her individual capacity; ANDREW GOLDBERG, in his individual capacity; WALTER OMLOR, in his individual capacity,<br><br>                                *Defendants*. | **Civil Action**<br><br>**Case No.: 2:25-cv-05172-GJP**<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

    I, Michael R. Miller, Esquire, do hereby certify that a true and correct copy of the foregoing Defendant Walter Omlor's Motion to Dismiss Plaintiff's Complaint was served upon all counsel of record via electronic filing on **October 1, 2025**, and pro se Plaintiff by regular and certified mail.

                                                                   MARGOLIS EDELSTEIN

                                                                    */s/ Michael M. Miller, Esq.*
                                                                    MICHAEL RONALD MILLER, ESQ.
                                                                    CHRISTOPHER J. GILLIGAN, ESQ.
                                                                    The Curtis Center, Suite 400E
                                                                    170 S. Independence Mall W.
                                                                    Philadelphia, PA 19106-3337
                                                                    Tel.:   215.922.1100

Date: October 1, 2025                                         *Attorneys for Defendant Walter Omlor*