# EXHIBIT B

| COMMONWEALTH OF PENNSYLVANIA<br>COUNTY OF DELAWARE |  | **Bench Warrant**<br>18548 6080 |
|---|---|---|

Commonwealth of Pennsylvania
v.
Carmen S. Santucci

12 13 56

| Mag. Dist. No.: | MDJ-32-2-46 |
|---|---|
| MDJ Name: | Honorable Andrew Goldberg |
| Address: | 939 North Providence Road<br>Media, PA 19063 |
| Telephone: | 610-566-3495 |



| Citation No.: | R 3298782-4 | Issued For: | Carmen S. Santucci |
|---|---|---|---|
| Incident No.: | | Docket No: | MJ-32246-NT-0000111-2023 |
| Charging Officer: | Slifer, Richard | | |
| Arresting Agency: | Code Enforcement, Municipal | | |
| Case Filed: | 06/16/2023 | NCIC OFF: | |
| OTN: | | OOC: | |
| Reason For Warrant: | Fail to Make Payment | WARRANT ID: | DIS712389391 |
| Offense Date: | 06/15/2023 | Warrant Control No: | 32246-BW-0000852-2023 |
| Lead Offense: | LO § 134 §§ 1 Unpaved Parking Areas; Declaration of Nuisance, parking on unpaved areas | | |

**TO THE SERVER: Walter R. Omlor Jr.**

In the name of the Commonwealth of Pennsylvania, you are commanded to take the defendant, Carmen S. Santucci, into custody. When the defendant is taken into custody, either (a) accept a signed guilty plea and the full amount of fines and costs, (b) accept a signed not guilty plea and the full amount of collateral, (c) accept the amount of restitution, fine and costs due following a guilty plea or conviction, or (d) if unable to pay, promptly take defendant for a hearing on the bench warrant as provided in Pa.R.Crim.P. 431(C)(3).

Witness the hand and official seal of the issuing authority on this 6th day of September, 2023.

September 06, 2023 _____ 
Date                      Magisterial District Judge Goldberg

| Amount required to satisfy sentence of fines and costs: | |
|---|---|
| Fines: | $600.00 |
| Costs/Fees: | $134.40 |
| Other: | $27.50 |
| Total: | $761.90 |



| MJ-32246-NT-0000111-2023 | 32246-BW-0000852-2023 | Carmen S. Santucci |
|---|---|---|

MDJS 417
Printed: 09/06/2023 3:23:12PM

1

 FREE INTERPRETER
www.pacourts.us/language-rights
610-565-6990

Commonwealth of Pennsylvania
v.
Carmen S. Santucci

**Warrant Control No: 32246-BW-0000852-2023**
Docket No: MJ-32246-NT-0000111-2023
OTN:

**RETURN WHERE DEFENDANT FOUND**

By authority of this warrant, on _____, 20 _____

☐ I accepted a guilty plea and collected $ _____ for fine and costs.

☐ I accepted a NOT guilty plea and collected $ _____ for collateral.

☐ I accepted the fine and costs due in the amount of $ _____.

☐ I took into custody the within named _____, and he/she is

    ☐ before you for disposition.

    ☐ in the _____ Prison.

**RETURN WHERE DEFENDANT IS NOT FOUND**

☐ After careful search, I cannot find the within named defendant.

_____
(Signature of Police Officer - Name and Title)

| Service Costs: | | Additional Statutorily Authorized Service Costs: | |
|---|---|---|---|
| Warrant | _____ | _____ | _____ |
| Miles @ | _____ | _____ | _____ |
| Commitments | _____ | _____ | _____ |
| Miles @ | _____ | _____ | _____ |
| Convey/Transport | _____ | _____ | _____ |
| Miles @ | _____ | _____ | _____ |
| | | Total | _____ |

| I acknowledge that I am voluntarily and knowingly pleading guilty. I paid to the officer the fine and costs stated in the warrant in the amount of<br><br>$ _____<br><br>_____<br>(Defendant Signature) | I acknowledge that I am voluntarily and knowingly pleading NOT guilty. I paid to the officer the collateral for my appearance at trial stated in the warrant in the amount of<br><br>$ _____<br><br>_____<br>(Defendant Signature) |
|---|---|

Commonwealth of Pennsylvania  
v.  
Carmen S. Santucci  

**Warrant Control No: 32246-BW-0000852-2023**  
Docket No: MJ-32246-NT-0000111-2023  
OTN:

## DEFENDANT IDENTIFICATION INFORMATION

| LiveScan Tracking Number | Social Security Number | SID (State Identification Number) | FBI Number | |
|---|---|---|---|---|
| Age | Race | Ethnicity | Gender | Eye Color | Hair Color | Date of Birth | Weight (lbs) | Height(Ft/In) |

NCIC Extradition Code / Description:  
Distance:  
Comments:

Alias  
Carmen Santucci

Participant Local No

Prosecution  
Commonwealth of Pennsylvania

Distinguishing Features/Special Considerations

## DEFENDANT LICENSE / VEHICLE INFORMATION

| License Number | | | | State | Expiration Date | | | |
|---|---|---|---|---|---|---|---|---|
| Plate Number | State | Hazmat | Registration Sticker (MM/YYYY) | Comm'l Veh. Ind. | School Veh. | Oth. Veh. Cd |

## DEFENDANT CONTACT INFORMATION

**DEFENDANT ADDRESS**  
Home  (Case Address)  
515 W.21st Street  
Upland, PA  19015

Other  
151 West 24th St  
Upland, PA  19015

Other  
515 W. 24th Street  
Upland, PA  19015

## ADDITIONAL WARRANT INFORMATION

*This information is being shown for information purposes. Warrant statuses may have changed since the printing of this form. To obtain the current status, the court that issued the warrant should be contacted. Note: Only cases where the defendant has the same participant identification number as recorded in the MDJS will display.*

| Warrant Control Number | Status | Type | Warrant Status Date | Docket Number |
|---|---|---|---|---|
| 32239-AW-0000125-2023 | Issue | Arrest Warrant | 02/02/2023 | MJ-32239-NT-0000330-2021 |
| 32246-AW-0000228-2023 | Issue | Arrest Warrant | 03/17/2023 | MJ-32246-NT-0000052-2023 |
| 32246-AW-0000227-2023 | Issue | Arrest Warrant | 03/17/2023 | MJ-32246-NT-0000053-2023 |
| 32246-BW-0000222-2022 | Returned Unserved | Bench Warrant | 03/17/2022 | MJ-32246-NT-0000239-2021 |
| 32246-AW-0000230-2023 | Issue | Arrest Warrant | 03/17/2023 | MJ-32246-NT-0000261-2022 |
| 32246-AW-0000229-2023 | Issue | Arrest Warrant | 03/17/2023 | MJ-32246-NT-0000262-2022 |



| COMMONWEALTH OF PENNSYLVANIA | | **Bench Warrant** |
|---|---|---|
| COUNTY OF DELAWARE |  | 185486080 |

Commonwealth of Pennsylvania
v.
Carmen Santucci

121356

| Mag. Dist. No.: | MDJ-32-2-46 |
|---|---|
| MDJ Name: | Honorable Andrew Goldberg |
| Address: | 939 North Providence Road Media, PA 19063 |
| Telephone: | 610-566-3495 |

| Citation No.: | R 3295860-1 | Issued For: | Carmen Santucci |
|---|---|---|---|
| Incident No.: | | Docket No: | MJ-32246-NT-0000239-2021 |
| Charging Officer: | Slifer, Richard | | |
| Arresting Agency: | Code Enforcement, Municipal | | |
| Case Filed: | 10/01/2021 | NCIC OFF: | |
| OTN: | | OOC: | |
| Reason For Warrant: | Fail to Make Payment | WARRANT ID: | DIS712389398 |
| Offense Date: | 09/29/2021 | Warrant Control No: | 32246-BW-0000853-2023 |
| Lead Offense: | LO § 134 §§ 1 Unpaved Parking Areas; Declaration of Nuisance, parking on unpaved areas | | |

**TO THE SERVER: Walter R. Omlor Jr.**

In the name of the Commonwealth of Pennsylvania, you are commanded to take the defendant, Carmen Santucci, into custody. When the defendant is taken into custody, either (a) accept a signed guilty plea and the full amount of fines and costs, (b) accept a signed not guilty plea and the full amount of collateral, (c) accept the amount of restitution, fine and costs due following a guilty plea or conviction, or (d) if unable to pay, promptly take defendant for a hearing on the bench warrant as provided in Pa.R.Crim.P. 431(C)(3).

Witness the hand and official seal of the issuing authority on this 6th day of September, 2023.

September 06, 2023
Date

Magisterial District Judge Goldberg

| Amount required to satisfy sentence of fines and costs: | |
|---|---|
| Fines: | $200.00 |
| Costs/Fees: | $148.38 |
| Other: | $27.50 |
| Total: | $375.88 |


MJ-32246-NT-0000239-2021

32246-BW-0000853-2023

Carmen Santucci

MDJS 417
Printed: 09/06/2023 3:23:56PM

1


FREE INTERPRETER
www.pacourts.us/language-rights
610-565-6990

Commonwealth of Pennsylvania
v.
Carmen Santucci

**Warrant Control No: 32246-BW-0000853-2023**
Docket No: MJ-32246-NT-0000239-2021
OTN:

**RETURN WHERE DEFENDANT FOUND**

By authority of this warrant, on _____, 20 _____

- ☐ I accepted a guilty plea and collected $ _____ for fine and costs.
- ☐ I accepted a NOT guilty plea and collected $ _____ for collateral.
- ☐ I accepted the fine and costs due in the amount of $ _____.
- ☐ I took into custody the within named _____, and he/she is
  - ☐ before you for disposition.
  - ☐ In the _____ Prison.

**RETURN WHERE DEFENDANT IS NOT FOUND**

- ☐ After careful search, I cannot find the within named defendant.

_____
(Signature of Police Officer - Name and Title)

| Service Costs: | | Additional Statutorily Authorized Service Costs: | |
|---|---|---|---|
| Warrant | _____ | _____ | _____ |
| Miles @ | _____ | _____ | _____ |
| Commitments | _____ | _____ | _____ |
| Miles @ | _____ | _____ | _____ |
| Convey/Transport | _____ | _____ | _____ |
| Miles @ | _____ | _____ | _____ |
| | | Total | _____ |

| I acknowledge that I am voluntarily and knowingly pleading guilty. I paid to the officer the fine and costs stated in the warrant in the amount of<br><br>$ _____<br><br>_____<br>(Defendant Signature) | I acknowledge that I am voluntarily and knowingly pleading NOT guilty. I paid to the officer the collateral for my appearance at trial stated in the warrant in the amount of<br><br>$ _____<br><br>_____<br>(Defendant Signature) |

MDJS 417
Printed: 09/06/2023 3:23:56PM

2

FREE INTERPRETER
www.pacourts.us/language-rights
610-565-6990

Commonwealth of Pennsylvania
v.
Carmen Santucci

Warrant Control No: 32246-BW-0000853-2023
Docket No: MJ-32246-NT-0000239-2021
OTN:

## DEFENDANT IDENTIFICATION INFORMATION

| LiveScan Tracking Number | Social Security Number | SID (State Identification Number) | FBI Number | |
|---|---|---|---|---|
| Age | Race | Ethnicity | Gender | Eye Color | Hair Color | Date of Birth | Weight (lbs) | Height(Ft/In) |

NCIC Extradition Code / Description:
Distance:
Comments:

| Alias | Participant Local No |
|---|---|
| Carmen Santucci | |

Prosecution
Commonwealth of Pennsylvania

Distinguishing Features/Special Considerations

## DEFENDANT LICENSE / VEHICLE INFORMATION

| License Number | State | Expiration Date |
|---|---|---|
| Plate Number | State | Hazmat | Registration Sticker (MM/YYYY) | Comm'l Veh. Ind. | School Veh. | Oth. Veh. Cd |

## DEFENDANT CONTACT INFORMATION

**DEFENDANT ADDRESS**
Home
515 W. 21st Street
Upland, PA 19015

Other (Case Address)
515 W. 24th Street
Upland, PA 19015

Other
151 West 24th St
Upland, PA 19015

## ADDITIONAL WARRANT INFORMATION

*This information is being shown for information purposes. Warrant statuses may have changed since the printing of this form. To obtain the current status, the court that issued the warrant should be contacted. Note: Only cases where the defendant has the same participant identification number as recorded in the MDJS will display.*

| Warrant Control Number | Status | Type | Warrant Status Date | Docket Number |
|---|---|---|---|---|
| 32239-AW-0000125-2023 | Issue | Arrest Warrant | 02/02/2023 | MJ-32239-NT-0000330-2021 |
| 32246-AW-0000228-2023 | Issue | Arrest Warrant | 03/17/2023 | MJ-32246-NT-0000052-2023 |
| 32246-AW-0000227-2023 | Issue | Arrest Warrant | 03/17/2023 | MJ-32246-NT-0000053-2023 |
| 32246-BW-0000852-2023 | Issue | Bench Warrant | 09/06/2023 | MJ-32246-NT-0000111-2023 |
| 32246-AW-0000230-2023 | Issue | Arrest Warrant | 03/17/2023 | MJ-32246-NT-0000261-2022 |
| 32246-AW-0000229-2023 | Issue | Arrest Warrant | 03/17/2023 | MJ-32246-NT-0000262-2022 |

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DELAWARE



# Arrest Warrant

| | |
|---|---|
| Mag. Dist. No: | MDJ-32-2-46 |
| MDJ Name: | Honorable Andrew Goldberg |
| Address: | 939 North Providence Road<br>Media, PA 19063 |
| Telephone: | 610-566-3495 |

Commonwealth of Pennsylvania
v.
Carmen M. Santucci

| | | | |
|---|---|---|---|
| Citation No.: | UPBCRS0012 | Issued For: | Carmen M. Santucci |
| Incident No.: | | Docket No: | MJ-32246-NT-0000098-2025 |
| Charging Officer: | Slifer, Richard | | |
| Arresting Agency: | Code Enforcement, Municipal | | |
| Case Filed: | 07/01/2025 | NCIC OFF: | |
| OTN: | | OOC: | |
| Reason For Warrant: | Fail to Respond (Arrest Warrant) | WARRANT ID: | DIS715433230 |
| Offense Date: | 06/27/2025 | Warrant Control No: | 32246-AW-0001399-2025 |
| Lead Offense: | LO § 134 §§ 1 Unpaved Parking Areas; Declaration of Nuisance, parking on unpaved areas | | |

**TO THE SERVER: Walter R. Omlor Jr.**

In the name of the Commonwealth of Pennsylvania, you are commanded to take the defendant, Carmen M. Santucci, into custody. When the defendant is taken into custody, either (a) accept a signed guilty plea and the full amount of fines and costs, (b) accept a signed not guilty plea and the full amount of collateral, or (c) bring the defendant before me at the court address shown above to answer the Commonwealth or Upland Borough upon the complaint or citation of Richard Slifer charging the defendant with the offense(s) set forth above and further to be dealt with according to law.

Witness the hand and official seal of the issuing authority on this 13th day of August, 2025.

August 13, 2025
Date

_Andrew Goldberg_ (signature)
Magisterial District Judge Goldberg   

**Amount needed for collateral: $50.00**


MJ-32246-NT-0000098-2025


32246-AW-0001399-2025


Carmen M. Santucci

MDJS 417
Printed: 08/13/2025 10:04:50AM

1


FREE INTERPRETER
www.pacourts.us/language-rights
610-565-6990

Commonwealth of Pennsylvania  
v.  
Carmen M. Santucci

**Warrant Control No: 32246-AW-0001399-2025**  
Docket No: MJ-32246-NT-0000098-2025  
OTN:

**RETURN WHERE DEFENDANT FOUND**

By authority of this warrant, on _____, 20 _____

- ☐ I accepted a guilty plea and collected $ _____ for fine and costs.
- ☐ I accepted a NOT guilty plea and collected $ _____ for collateral.
- ☐ I accepted the fine and costs due in the amount of $ _____.
- ☐ I took into custody the within named _____, and he/she is
    - ☐ before you for disposition.
    - ☐ in the _____ Prison.

**RETURN WHERE DEFENDANT IS NOT FOUND**

- ☐ After careful search, I cannot find the within named defendant.

_____  
(Signature of Police Officer – Name and Title)

| Service Costs: | | Additional Statutorily Authorized Service Costs: | |
|---|---|---|---|
| Warrant | _____ | _____ | _____ |
| Miles @ | _____ | _____ | _____ |
| Commitments | _____ | _____ | _____ |
| Miles @ | _____ | _____ | _____ |
| Convey/Transport | _____ | _____ | _____ |
| Miles @ | _____ | _____ | _____ |
| | | Total | _____ |

| I acknowledge that I am voluntarily and knowingly pleading guilty. I paid to the officer the fine and costs stated in the warrant in the amount of $ _____ | I acknowledge that I am voluntarily and knowingly pleading NOT guilty. I paid to the officer the collateral for my appearance at trial stated in the warrant in the amount of $ _____ |
|---|---|
| (Defendant Signature) | (Defendant Signature) |

Commonwealth of Pennsylvania
v.
Carmen M. Santucci

**Warrant Control No:** 32246-AW-0001399-2025
Docket No: MJ-32246-NT-0000098-2025
OTN:

## DEFENDANT IDENTIFICATION INFORMATION

| LiveScan Tracking Number | Social Security Number | SID (State Identification Number) | FBI Number |
|---|---|---|---|
| | | | |

| Age | Race | Ethnicity | Gender | Eye Color | Hair Color | Date of Birth | Weight (lbs) | Height(Ft/In) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

NCIC Extradition Code / Description:
Distance:
Comments:

| Alias | Participant Local No |
|---|---|
| | |

Prosecution
Commonwealth of Pennsylvania

Distinguishing Features/Special Considerations

## DEFENDANT LICENSE / VEHICLE INFORMATION

| License Number | | State | Expiration Date |
|---|---|---|---|
| | | | |

| Plate Number | State | Hazmat | Registration Sticker (MM/YYYY) | Comm'l Veh. Ind. | School Veh. | Oth. Veh. Cd |
|---|---|---|---|---|---|---|
| | | | | | | |

## DEFENDANT CONTACT INFORMATION

**DEFENDANT ADDRESS**
Other (Case Address)
515 West 24th St
Upland, PA 19015
610-490-1544

MDJS 417
Printed: 08/13/2025 10:04:50AM

3


FREE INTERPRETER
www.pacourts.us/language-rights
610-565-6990