IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Carmen Santucci | : |
| *Plaintiff* | : Civil Action |
| v. | : No. 2:25-cv-05172-GJP |
| Borough of Upland, *et al.* | : Hon. Gerald J. Pappert |
| *Defendants* | : |

### ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of the Motion to Dismiss filed on behalf of defendants Magisterial District Judge Georgia Stone and Magisterial District Judge Andrew Goldberg and any response thereto, it is hereby **ORDERED** that the Motion to Dismiss is **GRANTED**, and Plaintiff's claims against the aforementioned defendants are hereby **DISMISSED** with prejudice.

_____
**J.**