IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA

IN RE:  TEMPORARY ASSIGNMENT  :  NUMBER: 12-5040
OF ISSUING AUTHORITY          :

## PRESIDENT JUDGE ADMINISTRATIVE ORDER

AND NOW, this 2ND day of May 2013 pursuant to Rules 17 and 112 of the Rules Governing Standards of Conduct of Magisterial District Judges, and Rules 130, 131, 132 and 133 of the Rules of Criminal Procedure, promulgated by the Supreme Court of Pennsylvania, the following schedule of temporary assignments to act as Issuing Authority in other magisterial districts whenever required for the efficient administration of justice is hereby established and shall apply to and effect all magisterial districts as set forth herein:

For Magisterial Districts 32-1-20, 32-1-21, 32-1-22, 32-1-28, 32-1-36, 32-2-38, 32-2-39, 32-2-46, 32-2-48, 32-2-49

Magisterial District 32-1-20 to act in Magisterial Districts 32-1-21, 32-1-22, 32-1-28, 32-1-36, 32-2-38, 32-2-39, 32-2-46, 32-2-48, 32-2-49.

Magisterial District 32-1-21 to act in Magisterial Districts 32-1-20, 32-1-22, 32-1-28, 32-1-36, 32-2-38, 32-2-39, 32-2-46, 32-2-48, 32-2-49.

Magisterial District 32-1-22 to act in Magisterial Districts 32-1-20, 32-1-21, 32-1-28, 32-1-36, 32-2-38, 32-2-39, 32-2-46, 32-2-48, 32-2-49.

Magisterial District 32-1-28 to act in Magisterial Districts 32-1-20, 32-1-21, 32-1-22, 32-1-36, 32-2-38, 32-2-39, 32-2-46, 32-2-48, 32-2-49.

Magisterial District 32-1-36 to act in Magisterial Districts 32-1-20, 32-1-21, 32-1-22, 32-1-28, 32-2-38, 32-2-39, 32-2-46, 32-2-48, 32-2-49.

Magisterial District 32-2-38 to act in Magisterial Districts 32-1-20, 32-1-21, 32-1-22, 32-1-28, 32-1-36, 32-2-39, 32-2-46, 32-2-48, 32-2-49.

Magisterial District 32-2-39 to act in Magisterial Districts 32-1-20, 32-1-21, 32-1-22, 32-1-28, 32-1-36, 32-2-38, 32-2-46, 32-2-48, 32-2-49.

Magisterial District 32-2-46 to act in Magisterial Districts 32-1-20, 32-1-21, 32-1-22, 32-1-28, 32-1-36, 32-2-38, 32-2-39, 32-2-48, 32-2-49.

Magisterial District 32-2-48 to act in Magisterial Districts 32-1-20, 32-1-21, 32-1-22, 32-1-28, 32-1-36, 32-2-38, 32-2-39, 32-2-46, 32-2-49.

Magisterial District 32-2-49 to act in Magisterial Districts 32-1-20, 32-1-21, 32-1-22, 32-1-28, 32-1-36, 32-2-38, 32-2-39, 32-2-46, 32-2-48.

It is further **ORDERED** and **DECREED** that the Magisterial District Courts from the aforesaid Magisterial Districts shall observe regular business hours from 8:30 a.m. to 4:30 p.m. Monday through Friday except for holidays recognized by the Court of Common Pleas of Delaware County. Magisterial District Courts may also observe additional hours if appropriate.

It is further **ORDERED** and **DECREED** that the Magisterial District Judges shall rotate "On-Call" coverage commencing weekly at 4:30 p.m. Friday and ending at 8:30 a.m. the following Monday to provide magisterial and issuing authority services when the Magisterial District Courts from the aforesaid Magisterial Districts are closed.

It is further **ORDERED** and **DECREED** that the Magisterial District Judges shall coordinate "On-Call" coverage Mondays through Thursdays beginning at 4:30 p.m. each day and ending at 8:30 a.m. the following day to provide magisterial and issuing authority services when the Magisterial District Courts from the aforesaid Magisterial Districts are closed.

It is further **ORDERED** and **DECREED** that a Magisterial District Judge who is responsible for "On Call" coverage shall be solely responsible for coordinating fill-in coverage by another Magisterial District Judge should the Magisterial District Judge be unable to fulfill his or her duties.

It is further **ORDERED** and **DECREED** that the Magisterial District Judge responsible for "On Call" coverage shall hold preliminary arraignments and such other services as needed every evening of the seven day week, as well as, each morning on Saturdays, Sundays and Holidays.

It is further **ORDERED** and **DECREED** that the Magisterial District Judges from the aforesaid magisterial districts shall annually coordinate an "On Call" schedule for forthcoming year with the Administrative Office for Magisterial District Judges, who shall provide a copy of the same to President Judge of Delaware County and all of the Magisterial District Judges from the aforesaid Magisterial Districts on or before **December 1** each year.

It is further **ORDERED** and **DECREED** that any changes in scheduled "On Call" coverage shall be confirmed by the Magisterial District Judges agreeing to such changes in writing to the Administrative Office for Magisterial District Judges, who shall provide a copy of the same to President Judge of Delaware County and all of the Magisterial District Judges from the aforesaid Magisterial Districts.

CERTIFIED A TRUE AND CORRECT
COPY FROM THE RECORD
THIS ___ DAY OF _____ A.D. 2013
ANGELA L. MARTINEZ, ESQ., DIRECTOR
OFFICE OF JUDICIAL SUPPORT

BY THE COURT:

CHAD F. KENNEY
President Judge

CC: Magisterial District Judges