**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Carmen Santucci | : | |
| | : | |
| *Plaintiff* | : | Civil Action |
| | : | |
| v. | : | No. 2:25-cv-05172-GJP |
| | : | |
| Borough of Upland, *et al.* | : | |
| | : | Hon. Gerald J. Pappert |
| *Defendants* | : | |
| | : | |

**Defendants Magisterial District Judges Georgia Stone and Andrew**
**Goldberg Response to Plaintiff's "Motion to Disqualify State-Funded**
**Counsel for Defendants Sued Only in Their Individual Capacities"**

Now come Defendants Magisterial District Judges Georgia Stone and Andrew

Goldberg ("MDJs Stone and Goldberg") and file this Reply to Plaintiff's "Motion to

Disqualify State-Funded Counsel for Defendants Sued Only in Their Individual

Capacities." For the reason set forth herein, Plaintiff's Motion must be dismissed.

1.      Plaintiff seeks the disqualification of the Administrative Office of

Pennsylvania Courts (AOPC) from representing MDJs Stone and Goldberg on

various grounds.

2.      Plaintiff alleges that, because he has sued MDJs Stone and Goldberg

in their individual capacities, state-funded defense is not permitted by statute. ECF

No. 14 ¶ 9-11.

3.      Plaintiff further alleges that, because he has sued MDJs Stone and

Goldberg in their individual capacities, state-funded defense would create a conflict

of interest. ECF No. 14 ¶ 13.

1

4.      Plaintiff cites to definition of "Commonwealth party" contained in 42 Pa. C.S. § 8501 for the proposition that MDJs Stone and Goldberg are not entitled to counsel provided by the Commonwealth under 42 Pa. C.S. § 8545 – which not only concerns local agency employees, it does not address representation – because they are named in their individual capacities. ECF No. 14 at ¶ 10.

5.      MDJs Stone and Goldberg are not local agency officials, but judicial officers of the Unified Judicial System. *See* Pa. Const. art. V, § 7; 42 Pa. C.S. §§ 102 ("judicial officers"), 1511; *see also Youst v. Lancaster City Bureau Police Department,* No. 20-3287, 2020 WL 6562073, at *4 (E.D. Pa. Nov. 9, 2020)(magisterial district judges are Commonwealth officials).

6.      Further, the AOPC's official responsibilities include providing legal services and, when appropriate, legal representation to system personnel and judicial officers. *See* 201 Pa. Code. R. 505(15); *see also Tice v. Wilson,* No. 1:24-cv-00044, 2024 U.S. Dist. LEXIS 176197, at *22 (W.D. Pa. Sept. 27, 2024).

7.      As set forth by statute, AOPC is responsible for legal representation of magisterial district judges.

8.      Plaintiff's motion is without merit and must be dismissed.

**WHEREFORE,** Magisterial District Judges Georgia Stone and Andrew Goldberg respectfully request that this Honorable Court deny Plaintiff's motion.

Respectfully submitted,

**s/ Matthew Rossi**
Matthew Rossi
Attorney I.D. PA 330955
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6326, Fax: (215) 560-5486
***Counsel for MDJs Stone and Goldberg***

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Carmen Santucci | : | |
| | : | |
| *Plaintiff* | : | Civil Action |
| | : | |
| v. | : | No. 2:25-cv-05172-GJP |
| | : | |
| Borough of Upland, *et al.* | : | |
| | : | Hon. Gerald J. Pappert |
| *Defendants* | : | |
| | : | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 2, 2025, he caused the foregoing

*Defendants Magisterial District Judges Georgia Stone and Andrew Goldberg*

*Response to Plaintiff's "Motion to Disqualify State-Funded Counsel for Defendants*

*Sued Only in Their Individual Capacities"* to be served via CM/ECF to all parties of

record.

Carmine Santucci
515 West 24th Street
Upland, PA 19013


                                        Respectfully submitted,

                                        **s/ Matthew Rossi**
                                        Matthew Rossi