IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN SANTUCCI, *Plaintiff,* v. BOROUGH OF UPLAND, et al., *Defendants.* | CIVIL ACTION NO. 25-5172 |

### ORDER

**AND NOW**, this 5th day of January, 2026, upon consideration of plaintiff Carmen Santucci's Motion for Reconsideration (Dkt. No. 31) and the parties' responses and replies (Dkt. Nos. 32, 33, 34, 35, 36, 37 & 38), it is **ORDERED** that the Motion is **DENIED**. Santucci may amend his complaint, consistent with the Court's October 28 Order, (Dkt. No. 30), on or before **Friday, January 30, 2026**. Failure to do so will result in a dismissal with prejudice.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.