## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CARMEN SANTUCCI,

       *Plaintiff,*

   v.

BOROUGH OF UPLAND, et al.,

       *Defendants.*

CIVIL ACTION
NO. 25-5172

## ORDER

**AND NOW**, this 14th day of April, 2026, upon consideration of Carmen Santucci's Amended Complaint (Dkt. No. 41), the Borough of Upland and Richard Slifer's Motion to Dismiss (Dkt. No. 42), Walter Omlor's Motion to Dismiss (Dkt. No. 43), Santucci's responses (Dkt. Nos. 44, 45 & 46) and Omlor's reply (Dkt. No. 47), it is **ORDERED** the Motions are **GRANTED**.  The Amended Complaint is dismissed with prejudice and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.